UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOVAN BARRE,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  19-9799** |
| **ROEHL TRANSPORT, INC., ET AL.,**<br>    **Defendants** | **SECTION: "E" (3)** |

## ORDER

**IT IS ORDERED** that the status conference scheduled for Wednesday, September 4, 2019, at 2:00 p.m. is **RESET** for **Wednesday, September 4, 2019** at **11:00 a.m.**

New Orleans, Louisiana, this 29th day of August, 2019.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**