UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOVAN BARRE,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  19-9799** |
| **ROEHL TRANSPORT, INC., ET AL.,**<br>    **Defendants** | **SECTION: "E" (3)** |

# ORDER

The Court has received reliable information that there is an ongoing criminal investigation by the U.S. Attorney's Office that may involve this proceeding or witnesses or counsel in the proceeding.

"In determining whether to stay civil cases in the face of parallel criminal proceedings, courts consider 1) the overlap between the civil and criminal case; 2) the status of the criminal case; 3) private interests of the plaintiff; 4) private interest of the defendants; 5) the interests of the court; and 6) the public interest."[1]  The Court finds it is in the best interest of the parties, the court, and the public to stay this proceeding pending the conclusion of this criminal investigation. This stay will protect plaintiff from any risks associated with testifying in this proceeding while the criminal investigation is pending. This stay is also in defendants' interests, because proceeding to trial before the criminal investigation concludes could result in certain witnesses invoking their Fifth Amendment privilege.

This stay applies to all aspects of this litigation, including any pending motions currently before Magistrate Judge Douglas. The matter may be reopened upon the motion

---

[1] *Dolan v. Parish of St. Tammany*, No. 12-2911, 2013 WL 3270616, at *6 (E.D. La. June 26, 2013).

1

of any party demonstrating that the criminal investigation has concluded, at which time a new trial date will be set. Finally, plaintiff is advised that she should obtain independent legal advice concerning any risks she may face in continuing with this litigation.

Accordingly;

**IT IS ORDERED** that the above-captioned case is **STAYED** and administratively closed.

**New Orleans, Louisiana, this 25th day of November, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**